MORGAN LAKE COMPANY, Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

(Argued March 18, 1935; decided April 17, 1935.)

*Madison G. Gonterman* and *Gilbert N. Reed* for appellant.
*Elijah T. Russell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.